UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VERONICA M. HARRISON | CIVIL ACTION |
| VERSUS | NO: 13-4883 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "J" (4) |

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 9)**, and Plaintiff's failure to file any objections, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff's claims against the Social Security Administration are hereby **DISMISSED WITHOUT PREJUDICE** for failing to comply with the Show Cause Order issued by the United States Magistrate Judge on November 15, 2013.

1

New Orleans, Louisiana this 7th day of January, 2014.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE